IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

AURELIA FRANCES BURKE                                                                PLAINTIFF

vs.                                        Civil No. 4:11-cv-04114

CAROLYN W. COLVIN                                                                    DEFENDANT
Commissioner, Social Security Administration

## ORDER

Before the Court is the Report and Recommendation filed on January 30, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 15). Judge Bryant recommends Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") be **GRANTED**. Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*.

Accordingly, this Court adopts finds Plaintiff is entitled to compensation under the EAJA in the amount of $2,437.50. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

The Parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double recovery by counsel for Plaintiff.

**IT IS SO ORDERED,** this 20th day of February, 2013.

/s/   Susan O. Hickey
SUSAN O. HICKEY
U.S. DISTRICT JUDGE